Clyde Eugene MASON, Petitioner–Appellant,

v.

Theodis BECK, Secretary of Department of Corrections; David Mitchell, Superintendent of Mountain View Facility # 4855; Roy Cooper, State of North Carolina Attorney General, Respondents–Appellees.

No. 02–6359.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 27, 2002.

Decided Jan. 22, 2003.

Clyde Eugene Mason, Appellant Pro Se.

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Clyde Eugene Mason seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude Mason has not made a substantial showing of the denial of a constitutional right. *See Mason v. Cooper,* No. CA–02–11–1–2–2–MU (W.D.N.C. filed Jan. 31, 2002; entered Feb. 4, 2002). Accordingly, we deny a certificate of appealability and dismiss the

appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*